# Court of Appeals
# of the State of Georgia

ATLANTA,___July 11, 2013_____

*The Court of Appeals hereby passes the following order:*

**A13A2067.    FRANCISCO M. SALAICES v. MARK BUTLER, COMMISSIONER, GEORGIA DEPARTMENT OF LABOR et al.**

Francisco M. Salaices's claim for unemployment benefits was denied by the Georgia Department of Labor. Salaices filed a petition for review in the superior court, but the petition was dismissed. Salaices filed a notice of direct appeal from the dismissal order.

Under OCGA § 5-6-35 (a) (1), "[a]ppeals from decisions of the superior courts reviewing decisions of . . . lower courts by certiorari or de novo proceedings" must be made by filing an application for discretionary appeal in this Court. *Consolidated Government of Columbus v. Barwick*, 274 Ga. 176, 177 (1) (549 SE2d 73) (2001). This procedure must be followed even where the superior court dismisses the petition. See *Brewer v. Bd. of Zoning Adjustment of Atlanta*, 170 Ga. App. 351 (317 SE2d 327) (1984). Because Salaices did not follow the discretionary appeal procedure, we lack jurisdiction over this appeal, which is hereby DISMISSED.



*Court of Appeals of the State of Georgia*
    *Clerk's Office, Atlanta,* 07/11/2013_____
    *I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*
    *Witness my signature and the seal of said court hereto affixed the day and year last above written.*



_____, *Clerk.*